30654. HAYES *v.* THE STATE.

GARDNER, J. The defendant was convicted of the offense of assault with intent to murder. His motion for a new trial, on the general grounds only, was overruled, and he excepted. The evidence amply sustains the verdict, and the denial of a new trial was not error.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED NOVEMBER 3, 1944.

*Stafford Brooke,* for plaintiff in error.
*J. H. Paschall, solicitor-general,* contra.